No. 85–1590.   KIRK, SECRETARY, NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES v. THOMAS S., BY HIS APPOINTED GUARDIAN AD LITEM, BROOKS.   C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 85–541.   BARCLAYSAMERICAN/CREDIT, INC. v. QUILLER ET UX.;

No. 85–584.   GRANT ET AL. v. GENERAL ELECTRIC CREDIT CORP.; and

No. 85–717.   QUILLER ET UX. v. BARCLAYSAMERICAN/CREDIT, INC.   C. A. 11th Cir.   Motion of American Financial Services Association et al. for leave to file a brief as *amici curiae* in No. 85–541 granted.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this motion and these petitions.